UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 14-23060–CIV–COOKE/TORRES

GUILLERMO O HUEMBES,
and all others similarly-situated,

    Plaintiff,

vs.

HARRISON HOTEL, INC. and
MICHAEL KADOSH,

    Defendants.
_____/

### ORDER REQUIRING DOCUMENTATION SUPPORTING ALLOCATION OF ATTORNEY'S FEES AND COSTS

THIS MATTER is before me on the parties' Joint Motion for Approval of Parties' Settlement Agreement and Dismissal with Prejudice ("Motion for Approval") (ECF No. 26). This matter was filed alleging violations of the Fair Labor Standards Act, as amended, 29 U.S.C. § 216(b) ("FLSA"). As such, the parties submitted their Settlement Agreement and Mutual General Release ("Settlement Agreement") for the Court's review, pursuant to *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350 (11th Cir. 1982).

Judicial review of a settlement agreement in a FLSA matter encompasses a review of the reasonableness of counsel's legal fees. *Silva v. Miller*, 307 F. App'x 349 (11th Cir. 2009). To assist in my evaluation of the reasonableness of the attorney's fees as stated in the Settlement Agreement, Plaintiff's counsel shall submit, for an *in camera* review, documentation supporting the allocation of attorney's fees in this matter. Such documentation shall be submitted within ten (10) days of this order. Accordingly, I **DEFER** ruling on the parties' Joint Motion for Approval of Parties' Settlement Agreement and Dismissal with Prejudice (ECF No. 26).

**DONE AND ORDERED** in chambers at Miami, Florida, this 9th day of March 2015.

_____
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Edwin G. Torres, U.S. Magistrate Judge*
*Counsel of Record*